March 2, 2025

The Honorable Margaret R. Guzman
United States District Court
Harold D. Donohue Federal Building and U.S. Courthouse
595 Main Street
Worcester, MA 01608

Re:     Jalen Michael Latimer

Dear Honorable Judge Guzman,

I hope this letter finds you well. I am writing to you as the deeply concerned and loving grandmother of Jalen Michael Latimer, who is currently awaiting sentencing before your honorable court. I recognize the grave seriousness of the charges against him and would never seek to minimize his actions. Notwithstanding, I humbly request that you consider the complete picture of Jalen's character, deep remorse, and potential for rehabilitation as you determine his sentence.

Jalen is my first grandchild and has always been a respectful, kind-hearted young man with strong family values. From an early age, I watched him grow into an intelligent, responsible individual who has cared for his family (especially his four younger siblings), worked hard, and contributed positively to his community. Jalen excelled in school and eventually received a full Brimmer and May School scholarship. Our family was beyond excited for this opportunity for Jalen. He fit right in as a Brimmer student and flourished during his time there.

Jalen has always been someone who helps others, whether by assisting neighbors with yard work or mentoring younger cousins. One example of Jalen's caring nature was shown on a cold winter evening a few years ago. Jalen was at home when he remembered he had left something in his car that he needed. His car was parked near his apartment, so he quickly ran outside. As he approached his vehicle, he could tell someone was inside (for some reason, Jalen always left his car doors unlocked). He saw a young homeless man sleeping inside when he reached the car. Upon opening the door, the young man woke up startled. He quickly apologized to Jalen, explaining that he just needed a place to sleep for the night. As he began to exit the car, Jalen let him stay inside until morning because of the freezing temperatures. This is just one example among many of Jalen's humanity.

His catastrophic and regrettable lapse in judgment, which led to the current charges and which he acknowledges and sincerely regrets, does not reflect Jalen's true character.

Jalen has taken full responsibility for his actions, expressed deep remorse, and used this difficult time for reflection and personal growth. He has spoken about his mistakes with maturity and understands the pain he has caused, not only to the victim but also to himself, his family, and his

community. He is eager for the opportunity to correct his path and become a better person moving forward.

I respectfully urge the Court to consider his status as a first-time offender, his demonstrated remorse, and his strong support system in determining a fair and just sentence. If given the chance, I am confident that he will use this experience as a turning point in his life. He is dedicated to making amends, proving himself as a law-abiding citizen, and sharing his lessons to prevent others from making the same mistakes.

Your Honor, I fully trust this Court's wisdom and trust that justice will be served in a way that allows Jalen to be redeemed and rehabilitated. Thank you for your time and consideration.

Respectfully,

*Michelle D. Keith*

Michelle D. Keith