Geraldine Major



Honorable Judge Margaret R. Guzman

United State District Court,

595 Main Street

Worcester, MA 01608

Case number: RE. Character Reference for Jalen Michael Latimer

Dear Honorable Judge Guzman,

 My name is Geraldine Major, I am 87 years old. and I am the Great grandmother of Jalen Michael Latimer who is currently before your court

. and I am pleased to have the opportunity to render this character reference on his behalf,

 Jalen is one of seven Great Grandchildren, and I have known Jalen from the time he took

his first breath and cried his first cry, on August 26, 1998, at 9:57 a.m. at Brigham and Women's hospital

. Jalen was my first Great-grandchild, and I cannot express the joy of holding him in my arms on that morning.

 Just as I was overjoyed at holding his Mom, who was my first Grand-daughter.

 Jalen has always, from a young person growing up, through high school and beyond

demonstrated an intelligence that surpassed, other young men his age. I was pleased to learn he had received a four-year scholarship from the Brimmer and May school when he was in the 9th grade. After graduating high school he was hired by The Roxbury Innovation Center as a Website and Tech Manager where  he taught STEM classes ; he  also served on panels discussing community issues and education.  As Jalen reached young adulthood, he supported his mom and siblings, embodying the positive values our family holds dear. If I may add,  Jalen has a loving, supportive family who will continue to help him through this

time. Jalen experienced some difficult situations during his young life, one of which was losing the support of a father figure. As he grappled with that period of adversity Jalen always displayed the values of integrity, responsibility, helpfulness and honesty along with the courage to confront his challenges. Through it all Jalen displayed a self-awareness of knowing who he was and never blaming others for his difficulties.   As far as our relationship goes, Jalen and I have an unbreakable bond.

I am aware of the serious nature of the charges being levied and I do not want to downplay the gravity of the situation. However, I firmly believe this is not reflective of Jalen's true character.  I have spoken with Jalen on numerous occasions and the remorse he expressed leads me to believe that Jalen has learned a valuable lesson from this experience.   I suggest and believe if given the opportunity Jalen can and will make positive contributions to this society.

Thank you for your time and consideration,

Sincerely,

Major Geraldine